**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 06, 2024

Mr. Shereef Hadi Akeel
Akeel & Valentine
888 W. Big Beaver Road
Suite 350
Troy, MI 48084

Mr. Jose Alfredo Armas
Armas Bertran Zincone
2701 S. Le Jeune Road
10th Floor
Miami, FL 33134

Mr. Douglas W. Baruch
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178

Mr. Jordan Seth Bolton
Taft Stettinius & Hollister
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8214

Mr. Charles William Browning
Plunkett Cooney
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Mr. Jason R. Evans
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Mr. David J. Farber
King & Spalding
1700 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. Robert C. Folland
Barnes & Thornburg
41 S. High Street
Suite 3300
Columbus, OH 43215

Mr. Louis P. Gabel
Jones Day
150 W. Jefferson Avenue
Suite 2100
Detroit, MI 48226

Mr. Fred K. Herrmann
Kerr, Russell & Weber
500 Woodward Avenue
Suite 2500
Detroit, MI 48226

Mr. Matthew Patrick Kennison
Riley, Safer, Holmes & Cancila
414 Wesley Avenue
Ann Arbor, MI 48103

Ms. Aneca E. Lasley
Ice Miller
250 West Street
Suite 700
Columbus, OH 43215

Mr. Steven Levy
Dentons
233 S. Wacker Drive
Suite 7800
Chicago, IL 60606

Ms. Lori McAllister
Dykema
Dykema
201 Townsend Street
Suite 900
48933
Lansing, MI 48933

Mr. Daniel T. Plunkett
McGlinchey Stafford
601 Poydras Street
Suite 1200
New Orleans, LA 70130

Mr. Jason D. Popp
Alston & Bird
1201 W. Peachtree Street, N.E.
Suite 4900
Atlanta, GA 30309

Mr. John A. Postulka
United States Department of Justice
441 G Street, N.W.
Suite 20530
Washington, DC 20530

Mr. Thomas M. Schehr
Dykema Gossett
400 Renaissance Center
Suite 1800
Detroit, MI 48075

Mr. Thomas E Zeno
Miles & Stockbridge
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20005

Re: Case No. 24-1379, *Michael Angelo, et al v. State Farm Mutl Automobile Ins Co, et al*
Originating Case No. :2:19-cv-12165

Dear Counsel,

  This appeal has been docketed as case number **24-1379** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the

Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 15, 2024**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-1379**

UNITED STATES OF AMERICA, ex rel.; STATE OF MICHIGAN, ex rel.; STATE OF CALIFORNIA, ex rel.; STATE OF CONNECTICUT, ex rel.; STATE OF FLORIDA, ex rel.; STATE OF ILLINOIS, ex rel.; STATE OF MASSACHUSETTS, ex rel.; STATE OF NEW YORK, ex rel.; STATE OF RHODE ISLAND, ex rel.; STATE OF TEXAS, ex rel.; GOVERNMENT OF PUERTO RICO, ex rel.

   Plaintiffs

and

MICHAEL ANGELO; MSP WB, LLC

   Plaintiffs - Appellants

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; AUTO CLUB ENTERPRISES INSURANCE GROUP; AUTO CLUB COUNTY MUTUAL INSURANCE COMPANY; AUTO CLUB FAMILY INSURANCE COMPANY; AUTO CLUB INDEMNITY COMPANY; AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE; INTERINSURANCE EXCHANGE OF THE AUTO CLUB; MOTOR CLUB INSURANCE COMPANY; AUTO-OWNERS INSURANCE GROUP; ATLANTIC CASUALTY INSURANCE COMPANY; AUTO-OWNERS INSURANCE COMPANY; CALIFORNIA CAPITAL INSURANCE COMPANY; CONCORD GENERAL MUTUAL INSURANCE COMPANY; EAGLE WEST INSURANCE COMPANY; GREEN MOUNTAIN INSURANCE COMPANY, INC.; HOME-OWNERS INSURANCE COMPANY; MONTEREY INSURANCE COMPANY; NEVADA CAPITAL INSURANCE COMPANY; OWNERS INSURANCE COMPANY; PROPERTY-OWNERS INSURANCE COMPANY; SOUTHERN-OWNERS INSURANCE COMPANY; STATE MUTUAL INSURANCE COMPANY; SUNAPEE MUTUAL FIRE INSURANCE COMPANY; VERMONT ACCIDENT INSURANCE COMPANY, INC.; BERKSHIRE HATHAWAY GROUP; GEICO CHOICE INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO MARINE INSURANCE COMPANY; GEICO SECURE INSURANCE COMPANY; GENERAL REINSURANCE CORPORATION; GENERAL STAR INDEMNITY COMPANY; GENERAL STAR NATIONAL INSURANCE COMPANY; GENESIS INSURANCE COMPANY; GOVERNMENT EMPLOYEES INSURANCE COMPANY; MEDICAL PROTECTIVE COMPANY; MEDPRO RRG RISK RETENTION GROUP; MLMIC INSURANCE COMPANY; MOUNT VERNON FIRE INSURANCE COMPANY; MOUNT VERNON SPECIALTY INSURANCE COMPANY; NATIONAL FIRE & MARINE INSURANCE; NATIONAL INDEMNITY COMPANY; NATIONAL INDEMNITY

COMPANY OF MID-AMERICA; NATIONAL INDEMNITY COMPANY OF THE SOUTH; NATIONAL LIABILITY & FIRE INSURANCE COMPANY; NORGUARD INSURANCE COMPANY; OAK RIVER INSURANCE COMPANY; OLD UNITED CASUALTY COMPANY; PLICO, INC.; PRINCETON INSURANCE COMPANY; RANDOR SPECIALITY INSURANCE COMPANY; REDWOOD FIRE & CASUALTY INSURANCE COMPANY; UNITED STATES LIABILITY INSURANCE GROUP; U.S. UNDERWRITERS INSURANCE COMPANY; WELLFLEET INSURANCE COMPANY; WELLFLEET NEW YORK INSURANCE COMPANY; WESTGUARD INSURANCE COMPANY; GEICO COUNTY MUTUAL INSURANCE COMPANY; CSAA INSURANCE GROUP; CSAA AFFINITY INSURANCE COMPANY; CSAA FIRE & CASUALTY INSURANCE COMPANY; CSAA GENERAL INSURANCE COMPANY; CSAA INSURANCE EXCHANGE; CSAA MID-ATLANTIC INSURANCE COMPANY OF NEW JERSEY; MOBILITAS GENERAL INSURANCE COMPANY; ERIE INSURANCE GROUP; ERIE INSURANCE COMPANY; UNITRIN DIRECT PROPERTY & CASUALTY COMPANY; UNITRIN PREFERRED INSURANCE COMPANY; UNITRIN SAFEGUARD INSURANCE COMPANY; VALLEY PROPERTY & CASUALTY INSURANCE COMPANY; INFINITY PREFERRED INSURANCE COMPANY; INFINITY SECURITY INSURANCE COMPANY; KEMPER FINANCIAL INDEMNITY COMPANY; RESPONSE WORLDWIDE DIRECT AUTO INSURANCE COMPANY; RESPONSE WORLDWIDE INSURANCE COMPANY; UNITRIN ADVANTAGE INSURANCE COMPANY; WARNER INSURANCE COMPANY; LIBERTY MUTUAL GROUP, INC.; LIBERTY SURPLUS INSURANCE CORPORATION; LM GENERAL INSURANCE COMPANY; LM INSURANCE CORPORATION; MIDWESTERN INDEMNITY COMPANY; MONTGOMERY MUTUAL INSURANCE COMPANY; NETHERLANDS INSURANCE COMPANY; OHIO CASUALTY INSURANCE COMPANY; OHIO SECURITY INSURANCE COMPANY; ERIE INSURANCE COMPANY OF NEW YORK; ERIE INSURANCE EXCHANGE; ERIE INSURANCE PROPERTY & CASUALTY COMPANY; FLAGSHIP CITY INSURANCE COMPANY; FARMERS INSURANCE GROUP; 21ST CENTURY ASSURANCE COMPANY; 21ST CENTURY CENTENNIAL INSURANCE COMPANY; 21ST CENTURY INSURANCE COMPANY; 21ST CENTURY PREMIER INSURANCE COMPANY; BRISTOL WEST CASUALTY INSURANCE COMPANY; BRISTOL WEST INSURANCE COMPANY; BRISTOL WEST PREFERRED INSURANCE COMPANY; CIVIC PROPERTY AND CASUALTY COMPANY; COAST NATIONAL INSURANCE COMPANY; EXACT PROPERTY AND CASUALTY COMPANY; FARMERS INSURANCE COMPANIES; FARMERS INSURANCE COMPANY OF ARIZONA; FARMERS INSURANCE COMPANY OF IDAHO; FARMERS INSURANCE COMPANY OF OREGON; FARMERS INSURANCE COMPANY OF WASHINGTON; FARMERS INSURANCE EXCHANGE; FARMERS INSURANCE HAWAII, INC.; FARMERS INSURANCE OF COLUMBUS, INC.; FARMERS NEW CENTURY INSURANCE COMPANY; FARMERS SPECIALTY INSURANCE COMPANY; FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY; FIRE INSURANCE EXCHANGE; FOREMOST COUNTY MUTUAL INSURANCE COMPANY; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; FOREMOST LLOYDS OF TEXAS; FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY; FOREMOST SIGNATURE INSURANCE COMPANY; ILLINOIS FARMERS INSURANCE COMPANY; MID-CENTURY INSURANCE COMPANY; MID-CENTURY INSURANCE COMPANY OF TEXAS; NEIGHBORHOOD SPIRIT PROPERTY AND CASUALTY COMPANY;

SECURITY NATIONAL INSURANCE COMPANY; TEXAS FARMERS INSURANCE COMPANY; TRUCK INSURANCE EXCHANGE; 21ST CENTURY ADVANTAGE INSURANCE COMPANY; 21ST CENTURY CASUALTY COMPANY; 21ST CENTURY INDEMNITY INSURANCE COMPANY; 21ST CENTURY NORTH AMERICAN INSURANCE COMPANY; 21ST CENTURY PACIFIC INSURANCE COMPANY; 21ST CENTURY PINNACLE INSURANCE COMPANY; AMERICAN PACIFIC INSURANCE COMPANY, INC.; KEMPER CORPORATION GROUP; ALLIANCE UNITED INSURANCE COMPANY; ALPHA PROPERTY & CASUALTY INSURANCE COMPANY; CAPITOL COUNTY MUTUAL FIRE INSURANCE COMPANY; CHARTER INDEMNITY COMPANY; FINANCIAL INDEMNITY COMPANY; INFINITY ASSURANCE INSURANCE COMPANY; INFINITY AUTO INSURANCE COMPANY; INFINITY CASUALTY INSURANCE COMPANY; INFINITY COUNTY MUTUAL INSURANCE COMPANY; INFINITY INDEMNITY INSURANCE COMPANY; INFINITY INSURANCE COMPANY; INFINITY SAFEGUARD INSURANCE COMPANY; INFINITY SELECT INSURANCE COMPANY; INFINITY STANDARD INSURANCE COMPANY; KEMPER INDEPENDENCE INSURANCE COMPANY; MERASTAR INSURANCE COMPANY; MUTUAL SAVINGS FIRE INSURANCE COMPANY; OLD RELIABLE CASUALTY COMPANY; RESPONSE WORLDWIDE INSURANCE COMPANY; TRINITY UNIVERSAL INSURANCE COMPANIES; UNION NATIONAL FIRE INSURANCE COMPANY; UNITED CASUALTY INSURANCE COMPANY OF AMERICA; UNITRIN AUTO AND HOME INSURANCE COMPANY; UNITRIN COUNTY MUTUAL INSURANCE COMPANY; UNITRIN DIRECT INSURANCE COMPANY; ISO; USAA GENERAL INDEMNITY COMPANY; USAA COUNTY MUTUAL INSURANCE COMPANY; USAA CASUALTY INSURANCE COMPANY; UNITED SERVICES AUTOMOBILE ASSOCIATION; GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY; SELECT INSURANCE COMPANY; GULF UNDERWRITERS INSURANCE COMPANY; AMERICAN EQUITY INSURANCE COMPANY; UNITED STATES FIDELITY & GUARANTY COMPANY; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; TRAVELERS PERSONAL SECURITY INSURANCE COMPANY; TRAVELERS PERSONAL INSURANCE COMPANY; TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY; TRAVELERS LLOYDS INSURANCE COMPANY; TRAVELERS INDEMNITY OF CONNECTICUT; OREGON AUTOMOBILE INSURANCE COMPANY; PEERLESS INDEMNITY INSURANCE COMPANY; PEERLESS INSURANCE COMPANY; SAFECO INSURANCE COMPANY OF AMERICA; SAFECO INSURANCE COMPANY OF ILLINOIS; SAFECO INSURANCE COMPANY OF INDIANA; SAFECO INSURANCE COMPANY OF OREGON; SAFECO LLOYDS INSURANCE COMPANY; SAFECO NATIONAL INSURANCE COMPANY; WAUSAU BUSINESS INSURANCE COMPANY; WAUSAU GENERAL INSURANCE COMPANY; WAUSAU UNDERWRITERS INSURANCE COMPANY; WEST AMERICAN INSURANCE COMPANY; LM PROPERTY & CASUALTY INSURANCE COMPANY; MID-AMERICAN FIRE & CASUALTY COMPANY; NATIONAL INSURANCE ASSOCIATION; SAFECO SURPLUS LINES INSURANCE COMPANY; NATIONAL GENERAL GROUP; ADIRONDACK INSURANCE EXCHANGE; AGENT ALLIANCE INSURANCE COMPANY; CENTURY NATIONAL INSURANCE COMPANY; DIRECT GENERAL INSURANCE COMPANY; DIRECT GENERAL INSURANCE COMPANY OF MISSISSIPPI; DIRECT INSURANCE COMPANY;

DIRECT NATIONAL INSURANCE COMPANY; IMPERIAL FIRE & CASUALTY INSURANCE COMPANY; INTEGON GENERAL INSURANCE CORPORATION; INTEGON CASUALTY INSURANCE COMPANY; INTEGON INDEMNITY CORPORATION; INTEGON NATIONAL INSURANCE COMPANY; INTEGON PREFERRED INSURANCE COMPANY; MIC GENERAL INSURANCE CORPORATION; MOUNTAIN VALLEY INDEMNITY COMPANY; NATIONAL FARMERS UNION PROPERLY & CASUALTY COMPANY; NATIONAL GENERAL ASSURANCE COMPANY; NATIONAL GENERAL INSURANCE COMPANY; NATIONAL GENERAL PREMIER INSURANCE COMPANY; NATIONAL GENERAL INSURANCE ONLINE, INC.; NEW JERSEY SKYLANDS INSURANCE ASSOCIATION; NEW SOUTH INSURANCE COMPANY; STANDARD PROPERTY & CASUALTY INSURANCE COMPANY; ALLIED INSURANCE COMPANY OF AMERICA; ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY; AMCO INSURANCE COMPANY; COLONIAL COUNTY MUTUAL INSURANCE COMPANY; CRESTBROOK INSURANCE COMPANY; DEPOSITORS INSURANCE COMPANY; FREEDOM SPECIALTY INSURANCE COMPANY; HARLEYSVILLE INSURANCE COMPANY; HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY; HARLEYSVILLE INSURANCE COMPANY OF NEW YORK; HARLEYSVILLE LAKE STATES INSURANCE COMPANY; HARLEYSVILLE PREFERRED INSURANCE COMPANY; HARLEYSVILLE WORCESTER INSURANCE COMPANY; TRAVELERS INDEMNITY COMPANY OF AMERICA; TRAVELERS INDEMNITY COMPANY; TRAVELERS HOME & MARINE INSURANCE COMPANY; TRAVELERS EXCESS AND SURPLUS LINES COMPANY; TRAVELERS CONSTITUTION STATE INSURANCE COMPANY; TRAVELERS COMMERCIAL INSURANCE COMPANY; TRAVELERS COMMERICIAL CASUALTY COMPANY; TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA; TRAVELERS CASUALTY COMPANY OF CONNECTICUT; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; TRAVELERS CASUALTY & SURETY COMPANY; TRAVCO INSURANCE COMPANY; TRAVELERS CASUALTY COMPANY; STANDARD FIRE INSURANCE COMPANY; ST. PAUL SURPLUS LINES INSURANCE COMPANY; ST. PAUL PROTECTIVE INSURANCE COMPANY; ST. PAUL MERCURY INSURANCE COMPANY; ST. PAUL GUARDIAN INSURANCE COMPANY; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; PHOENIX INSURANCE COMPANY; NORTHLAND INSURANCE COMPANY; NORTHLAND CASUALTY COMPANY; NORTHFIELD INSURANCE COMPANY; FIRST FLORIDIAN AUTO AND HOME INSURANCE COMPANY; FIDELITY & GUARANTY INSURANCE UNDERWRITERS, INC.; FIDELITY AND GUARANTY INSURANCE COMPANY; NATIONAL CASUALTY COMPANY; NATIONAL AFFINITY INSURANCE COMPANY OF AMERICA; NATIONWIDE AGRIBUSINESS INSURANCE COMPANY; NATIONWIDE ASSURANCE COMPANY; NATIONWIDE GENERAL INSURANCE COMPANY; NATIONWIDE INSURANCE COMPANY OF AMERICA; NATIONWIDE INSURANCE COMPANY OF FLORIDA; NATIONWIDE LLOYDS; NATIONWIDE MUTUAL FIRE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY; SCOTTSDALE INDEMNITY COMPANY; SCOTTSDALE INSURANCE COMPANY; SCOTTSDALE SURPLUS LINES INSURANCE COMPANY; TITAN INSURANCE COMPANY; VICTORIA FIRE AND CASUALTY COMPANY; VICTORIA SELECT INSURANCE COMPANY; PROGRESSIVE GROUP; ASI

LLOYDS; ASI PREFERRED INSURANCE CORPORATION; ASI SELECT INSURANCE CORPORATION; BLUE HILL SPECIALITY INSURANCE COMPANY; DRIVE NEW JERSEY INSURANCE COMPANY; MOUNTAIN LAUREL ASSURANCE COMPANY; NATIONAL CONTINENTAL INSURANCE COMPANY; PROGRESSIVE ADVANCED INSURANCE COMPANY; PROGRESSIVE AMERICAN INSURANCE COMPANY; PROGRESSIVE BAYSIDE INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE CLASSIC INSURANCE COMPANY; PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY; FARMINGTON CASUALTY COMPANY; DISCOVER SPECIALTY INSURANCE COMPANY; DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY; CHARTER OAK FIRE INSURANCE COMPANY; AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CT; AMERICAN EQUITY SPECIALITY INSURANCE COMPANY; TRAVELERS GROUP; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STATE FARM LLOYDS; STATE FARM INDEMNITY COMPANY; STATE FARM GUARANTY INSURANCE COMPANY; STATE FARM GENERAL INSURANCE COMPANY; N STATE FARM FLORIDA INSURANCE COMPANY; STATE FARM FIRE & CASUALTY COMPANY; PROGRESSIVE DIRECT INSURANCE COMPANY; PROGRESSIVE EXPRESS INSURANCE COMPANY; PROGRESSIVE GARDEN STATE INSURANCE COMPANY; PROGRESSIVE GULF INSURANCE COMPANY; PROGRESSIVE HAWAII INSURANCE COMPANY; PROGRESSIVE MARATHON INSURANCE COMPANY; PROGRESSIVE MAX INSURANCE COMPANY; PROGRESSIVE MICHIGAN INSURANCE COMPANY; PROGRESSIVE MOUNTAIN INSURANCE COMPANY; PROGRESSIVE NORTHERN INSURANCE COMPANY; PROGRESSIVE NORTHWESTERN INSURANCE COMPANY; PROGRESSIVE PALOVERDE INSURANCE COMPANY; PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE PREMIER INSURANCE COMPANY OF ILLINOIS; PROGRESSIVE PROPERTY INSURANCE COMPANY; PROGRESSIVE SECURITY INSURANCE COMPANY; PROGRESSIVE SELECT INSURANCE COMPANY; PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY; PROGRESSIVE SPECIALTY INSURANCE COMPANY; PROGRESSIVE UNIVERSAL INSURANCE COMPANY; PROGRESSIVE WEST INSURANCE COMPANY; UNITED FINANCIAL CASUALTY COMPANY; ASI HOME INSURANCE CORPORATION; ASI SELECT AUTO INSURANCE COMPANY; DOVER BAY SPECIALITY INSURANCE COMPANY; HIROAD ASSURANCE COMPANY; STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS; STATE FARM FIRE & CASUALTY COMPANY

  Defendants - Appellees