UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-1379**

Case Title: **Michael Angelo, et al.** vs. **State Farm Mut. Auto. Ins. Co., et al.**

List all clients you represent in this appeal:

Nationwide Mutual Insurance Company, Allied Insurance Company of America, Allied Property and Casualty Insurance Company, AMCO Insurance Company, Colonial County Mutual Insurance Company, Crestbrook Insurance Company, Depositors Insurance Company, Harleysville Insurance Company, Harleysville Insurance Company of New Jersey, Harleysville Insurance Company of New York, Harleysville Lake States Insurance Company, Harleysville Preferred Insurance Company, Harleysville Worcester Insurance Company, Nationwide Agribusiness Insurance Company, Nationwide Assurance Company, Nationwide General Insurance Company, Nationwide Insurance Company of America, Nationwide Insurance Company of Florida, Nationwide Lloyds, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Titan Insurance Company, Victoria Fire & Casualty Company, and Victoria Select Insurance Company

- ☐ Appellant
- ☒ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Louis P. Gabel**     Signature: s/ **Louis P. Gabel**

Firm Name: **Jones Day**

Business Address: **150 W. Jefferson Ave. Ste. 2100**

City/State/Zip: **Detroit, MI 48226**

Telephone Number (Area Code): **313-733-3939**

Email Address: **lpgabel@jonesday.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.